IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Equal Employment Opportunity Commission, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Darrel A. Farr Development Corp., ) <br> and F.C.L. Limited Partnership, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 07CV1653 <br> DSD/SRN <br><br> **COMPLAINT** <br><br> **Jury Trial Demanded** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race, and to provide appropriate relief to Erik Jacobs who was adversely affected by such practices. The EEOC alleges that the Defendants, Darrel A. Farr Development Corp., and F.C.L. Limited Partnership, discharged Erik Jacobs from his job with them because of his race, African-American.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §

SCANNED
MAR 2 6 2007
U.S. DISTRICT COURT MPLS

2000e-5(f)(1) and (3)("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Minnesota.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by 706(f)(1) and (3) of Title VII, 42 U.S.C. 706(f)(1) and (3).

4. At all relevant times, Defendant F.C.L. Limited Partnership ("FCL") was a limited partnership, whose general partner was Defendant Darrel A. Farr Development Corporation ("Farr Development"). Defendants have continuously been doing business in the State of Minnesota and the City of Robbinsdale, and jointly have continuously had at least 15 employees.

5. At all relevant times, Defendants FCL and Farr Development have continuously been employers engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Erik Jacobs filed a charge with the Commission alleging violations of Title VII by Farr Development

2

and Copperfield Hill Retirement Center. Copperfield Hill is owned by Defendant FCL, of which Defendant Farr Development is the general partner. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least March 2005, Defendants FCL and Farr Development have engaged in unlawful employment practices in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a). Jacobs had been employed as the Corporate Director of Food Services for Defendants. In March 2005, Defendants terminated his employment with them because of his race, African-American.

8. The effect of the practice(s) complained of above has been to deprive Erik Jacobs of equal employment opportunities and otherwise adversely affect his status as an employee, because of his race.

9. The unlawful employment practices complained of above were done with malice or with reckless indifference to the federally protected rights of Erik Jacobs.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant F.C.L. Limited Partnership and Defendant Darrel A. Farr Development Corporation, their officers, successors, assigns, and all persons in active concert or participation with them, from engaging in discharging employees based upon race and any other employment practice which discriminates on the basis of race.

B. Order Defendant F.C.L. Limited Partnership and Defendant Darrel A. Farr Development Corporation to institute and carry out policies, practices, and programs which provide equal employment opportunities for African-Americans, and which eradicate the effects of their past and present unlawful employment practices.

C. Order Defendant F.C.L. Limited Partnership and Defendant Darrel A. Farr Development Corporation to make whole Erik Jacobs, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of their unlawful employment practices, including but not limited to reinstatement of Erik Jacobs.

D. Order Defendant F.C.L. Limited Partnership and Defendant Darrel A. Farr Development Corporation to make whole Erik Jacobs, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above in amounts to be determined at trial.

E. Order Defendant F.C.L. Limited Partnership and Defendant Darrel A. Farr Development Corporation to make whole Erik Jacobs by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F.  Order Defendant F.C.L. Limited Partnership and Defendant Darrel A. Farr Development Corporation to pay Erik Jacobs punitive damages for their malicious and reckless conduct described above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission their costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

> EQUAL EMPLOYMENT OPPORTUNITY
> COMMISSION
>
> RONALD S. COOPER
> General Counsel
>
> JAMES LEE
> Deputy General Counsel
>
> GWENDOLYN YOUNG REAMS
> Associate General Counsel
>
> 1801 L Street, N.W.
> Washington, D.C. 20507

Dated: 3/14/2007

JOHN C. HENDRICKSON
Regional Attorney

Dated: 3-14-07

JEAN P. KAMP
Associate Regional Attorney

Chicago District Office
500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-8550

Dated: 3-26-07

LAURIE A. VASICHEK (#0171438)
Senior Trial Attorney

Minneapolis Area Office
330 Second Avenue South, Suite 430
Minneapolis, MN 55401
(612) 335-4061